IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY SCOTT,  :
:
    Plaintiff  :
:
v.  :  CIVIL NO. 4:CV-15-2379
:
WARDEN DOMINICK DEROSE,  :  (Judge Brann)
ET AL.,  :
:
    Defendants  :

## **ORDER**

August 23, 2016

In accordance with the accompanying Memorandum, **, IT IS HEREBY ORDERED THAT:**

    1.    Defendants' unopposed motion to dismiss the Complaint (Doc. 14) is **GRANTED.**

    2.    The Clerk of Court is directed to **CLOSE** the case.

    3.    Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

                BY THE COURT:

                s/ Matthew W. Brann
                Matthew W. Brann
                United States District Judge